UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | |
|---|---|
| NTS DEVELOPMENT COMPANY,<br>AS AUTHORIZED AGENT FOR<br>MRI SPRINGS PORTFOLIO<br><br>      Plaintiff<br><br>v.<br><br>FANFARE MEDIA WORKS, INC.<br>MARKET TECH MEDIA CORPORATION<br>AND OTHER UNNAMED DEFENDANTS<br><br>      Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:09-cv-879<br>)<br>)<br>)<br>)<br>)<br>) |

**<u>STIPULATION OF DISMISSAL WITH PREJUDICE</u>**

Plaintiff, NTS DEVELOPMENT COMPANY, as authorized agent for MRI SPRINGS PORTFOLIO and Defendant, MARKET TECH MEDIA CORPORATION (collectively "the Parties") hereby stipulate and agree that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and other applicable law, that Plaintiff's Complaint in the above-styled action is hereby DISMISSED WITH PREJUDICE. The Parties agree to bear their own costs and expenses of litigation.

Respectfully submitted this 3rd day of December, 2010.

FORE, MILLER & SCHWARTZ

By: /s/ Stephen H. Miller
    Stephen H. Miller
    First Trust Centre, Suite 700 N.
    200 South Fifth Street
    Louisville, Kentucky 40202
    (502) 589-5250
    Fax: (502) 589-1637
    Smiller@stephenhmiller.com

**ATTORNEY FOR PLAINTIFF**

DINSMORE & SHOHL, LLP

By: /s/ Patrick W. Michael
    [*signed by Stephen H. Miller with express permission from Patrick W. Michael*]
    Patrick W. Michael
    101 South Fifth Street, Suite 2500
    Louisville, Kentucky 40202
    (502) 581-8000
    Fax:   (502) 581-8111
    Patrick.michael@dinslaw.com

**ATTORNEY FOR DEFENDANT,**
**MARKET TECH MEDIA CORPORATION**